In the Matter of the Petition of ROBERT E. MACDUFFIE to Obtain the Custody

of His Infant Daughter, JEAN MacDUFFIE.— Motion to dismiss appeal denied, and order affirmed, without costs. All concur; Kruse, P. J., not sitting.